CINCINNATI BAR ASSOCIATION *v.* ENT.

[Cite as Cincinnati Bar Assn. *v.* Ent (1984), 9 Ohio St. 3d 44.]

(D.D. No. 83-22—Decided January 11, 1984.)

*Mr. Peter W. Swenty, Mr. David E. W. Chatfield* and *Mr. William D. Bell, Sr.,* for relator.

*Mr. Allen Brown,* for respondent.

*Per Curiam.* This court has carefully reviewed the record pertaining to the case herein and concurs in the board's findings of fact pursuant to this matter. Accordingly, we concur in the recommendation of the panel and the board that respondent's actions warrant imposition of a one-year suspension, and respondent is hereby suspended from the practice of law for one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.